WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Touche Jamar Pouncey, | No. CV-17-00723-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

It appears the Marshals have completed service on the only remaining defendant in this case: Jorge Espinoza. (*See* Doc. 25). Because service has been completed,

**IT IS ORDERED** that, the Court finding good cause,[1] the time to serve the complaint is extended such that the service filed at Doc. 25 is deemed to be timely.

**IT IS FURTHER ORDERED** that this Court's August 1, 2017 Order to Show cause is deemed to have been satisfied by Plaintiff and this Court will not dismiss this case.

**IT IS FURTHER ORDERED** that the R&R (Doc. 13) recommending that this case be dismissed for failure to timely serve is rejected.

**IT IS FURTHER ORDERED** that Plaintiff's various pending motions regarding completing service (Docs. 22, 23 and 24) are all denied as moot.

**IT IS FINALLY ORDERED** that this matter is referred to Magistrate Judge

---

[1] The Court finds Plaintiff's error in listing Defendant's employee number as Defendant's badge number to be a good faith mistake that is good cause for giving Plaintiff an extension of time to re-attempt service. (*See* Doc. 22).

1 | Bridget S. Bade pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for
2 | all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

    Dated this 11th day of September, 2017.

                                          James A. Teilborg
                                  Senior United States District Judge